# Court of Appeals
# of the State of Georgia

ATLANTA,  December 07, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0398. Juan Carlos Ortiz Vazquez v. Icela Guzman-Avelino**

Juan Carlos Ortiz Vazquez filed a notice of appeal in this custody/child support dispute, and the appeal was docketed on October 4, 2021. Although Ortiz Vazquez's brief of appellant was originally due on October 25, 2021, we granted him an extension of time until November 30, 2021, to file his brief. That due date has passed, and Ortiz Vazquez has not filed a brief. Accordingly, his appeal is hereby DISMISSED for failure to file a brief. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/07/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*